#85567

#577.07

#577.07

```
 1  WILLIAM A. VAN METER, ESQ.
    Nevada State Bar No. 2803
 2  P. O. Box 6630
    Reno, NV 89513
 3  Telephone: (775) 324-2500

 4  Chapter 13 Trustee
```

RECEIVED AND FILED

2010 MAR -3 AM 10:04

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                              CASE NO.  BK-N-04-52749-GWZ

                                    Chapter 13
RYAN J. ZEDEK,
PATRICIA ZEDEK,                     **NOTICE OF UNCLAIMED FUNDS**
                                    **PURSUANT TO RULE 3011**

            Debtor(s).
_____/

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   WILLIAM A. VAN METER, CHAPTER 13 STANDING TRUSTEE

Pursuant to 11 U.S.C. §347 and Fed.R.Bankr.P.3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Claim Number | Claimant Name and Address | CAS 10600 | CAS 61330 |
|---|---|---|---|
| 016 | GE Capital<br>P.O. Box 52051<br>Phoenix, AZ 85072-2051 | $ | $577.07 |
|  | TOTALS | $ | $577.07 |

Dated: 1-16-10

William A. Van Meter, Trustee

**Note:** Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.

**Note:** Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 61330. The amounts that are to be deposited into the registry can be written on one check.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bankr.P.9014, 7004 and Fed.Civ.P.4(g), I, Beatrice E. Meyers, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on February 17th, 2010 I served the NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011, filed by William A. Van Meter, Trustee, by mailing a copy thereof by first class mail, postage prepaid to:

GE Capital
P.O. Box 103104
Roswell, GA 30076

Ryan & Patricia Zedek
1710 Ornellaia Way
Reno, NV 89521

J. Craig Demetras, Esq.
230 E. Liberty Street
Reno, NV 89501

Dated this 17th day of February, 2010.

_____
Beatrice E. Meyers